RECEIVED

APR 1 6 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ZENO DAVENPORT, JR.                    DOCKET NO: 11-CV-1638; SEC. P

VERSUS                                 JUDGE James Trimble, Jr

NATCHITOCHES PARISH                    MAGISTRATE JUDGE JAMES D. KIRK
DETENTION CENTER, ET AL.

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's claims be and are hereby DENIED and DISMISSED WITH PREJUDICE as frivolous pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 16th day of _____April_____, 2012.

_____
JAMES T. TRIMBLE, Jr
UNITED STATES DISTRICT JUDGE